UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| DAVID S. PHILLIPS, | ) | |
| | ) | |
| Plaintiff, | ) | 3:11-cv-00798-LRH-WGC |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| HARRAH'S CASINO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

     Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#3[1]) entered on November 15, 2011, recommending that Plaintiff's request to proceed *in forma pauperis* (#1) be granted. No objection to the Report and Recommendation has been filed. This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

     The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#3) entered on November 15, 2011, should be adopted and accepted.

     IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#3)

---

[1]Refers to court's docket number.

1  entered on November 15, 2011, is adopted and accepted, and Plaintiff's request to proceed *in forma*
2  *pauperis* (#1) is GRANTED.
3      IT IS FURTHER ORDERED that Plaintiff's complaint is DISMISSED WITHOUT LEAVE
4  TO AMEND for failure to state a claim upon which relief may be granted.
5      IT IS SO ORDERED.
6      DATED this 27th day of December, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE